IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN A. JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL C. BARONE | : | NO. 10-839 |

**ORDER**

AND NOW, this 6th day of June, 2011, it appearing that:

a. By Order of March 22, 2010, petitioner's application to proceed *in forma pauperis* was granted.

b. By Memorandum and Order of May 3, 2011, entered on the docket May 4, 2011, petitioner's request for *habeas corpus* relief was denied and this court declined to issue a certificate of appealability.

c. On June 3, 2011, petitioner filed a notice of appeal and petitioned this court for continuation of his *in forma pauperis* status on appeal.

It is therefore **ORDERED** that petitioner's request (paper no. 24) is **GRANTED** for the purposes of appeal.

/s/ Norma L. Shapiro
J.